**Chetty MAMANDUR; Uma Sunku Mamandur, Appellants,**

v.

**Jimmy Earl POWER, Jr.; Prudential Securities, Inc., Appellees.**

**No. 02–3898.**

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 5, 2003.

Decided Aug. 27, 2003.

Chetty Mamandur, Little Rock, AR, pro se.

Uma Sunku Mamandur, Little Rock, AR, pro se.

Robert W. George, Fayetteville, AR, for Defendants–Appellees.

Before RILEY, HANSEN, and SMITH, Circuit Judges.

PER CURIAM.

Chetty and Uma Sunku Mamandur appeal the district court's[1] order denying their motion to vacate an arbitration award, and confirming the award in favor of Jimmy Earl Power, Jr., and Prudential Securities Incorporated. We affirm for the reasons stated by the district court, and we conclude that the court did not err in not holding an evidentiary hearing. *Cf. Burton v. Dormire*, 295 F.3d 839, 848 (8th Cir.2002) (declining to remand for hearing because arguments lacked merit and hear-

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

ing was legally unnecessary), *cert. denied*, —— U.S. ——, 123 S.Ct. 1904, 155 L.Ed.2d 831 (2003). We also deny the Mamandurs' pending motion for remand.

Accordingly, we affirm. *See* 8th Cir. R. 47B.